# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| The Dayton Power and Light Company, American Electric Power Service Corporation, Duke Energy Ohio, Inc., FirstEnergy Service Company, Petitioners, <br><br> v. <br><br> Federal Energy Regulatory Commission, Respondent. | Case No. 21-_____ |

## PETITION FOR REVIEW OF THE DAYTON POWER AND LIGHT COMPANY, AMERICAN ELECTRIC POWER SERVICE CORPORATION, DUKE ENERGY OHIO, INC. AND FIRSTENERGY SERVICE COMPANY

Pursuant to Section 313(b) of the Federal Power Act ("FPA"), 16 U.S.C. § 825*l*(b), Rule 15(a) of the Federal Rules of Appellate Procedure ("FRAP"), and Rule 15 of the Circuit Rules of the United States Court of Appeals for the Sixth Circuit, The Dayton Power and Light Company dba AES Ohio ("AES Ohio"), American Electric Power Service Corporation ("AEPSC"), Duke Energy Ohio, Inc. ("Duke Energy Ohio"), and FirstEnergy Service Company ("FirstEnergy") (collectively "Petitioners") hereby petition this Court for review of the following orders of the Federal Energy Regulatory Commission ("FERC" or "Commission") entered in FERC Docket No. ER20-1068:

- *The Dayton Power and Light Company*, Order on Paper Hearing, 176 FERC ¶ 61,025 (July 15, 2021) ("July 15 Order"); and
- *The Dayton Power and Light Company*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 176 FERC ¶ 62,136 (Sept. 16, 2021) ("Denial of Rehearing by Operation of Law").

These orders were entered in a proceeding initiated by Petitioner AES Ohio under Section 205 of the FPA, 16 U.S.C. § 824d. Copies of these orders are attached hereto as **Exhibit A** and **Exhibit B** respectively.

The Commission's orders involved a request by AES Ohio to recover a 50-basis point adjustment to its Return on Equity ("ROE") as an incentive for its membership within PJM Interconnection, L.L.C. (PJM). Each of the Petitioners timely filed a request for rehearing of the Commission's July 15 Order on August 13, 2021. On September 16, 2021, the Commission denied rehearing by operation of law. 15 U.S.C. § 717r(a); 18 C.F.R. § 385.713 (2021); *Allegheny Def. Project v. FERC*, 964 F.3d 1 (D.C. Cir. 2020) (en banc). The Petitioners are thereby aggrieved by the Commission's ruling in the above-referenced orders and the above-referenced orders are ripe for review.

Each of the Petitioners is located in and has its principal place of business within this Circuit: AES Ohio's principal place of business is Dayton, Ohio; AEPSC's principal place of business is Columbus, Ohio; Duke Energy Ohio's principal place of business is Cincinnati, Ohio; and FirstEnergy's principal place of business is Akron, Ohio.

Respectfully submitted,

/s/ Stacey Burbure
Stacey Burbure
Senior Counsel
American Electric Power Service Corp.
801 Pennsylvania Ave, NW
Suite 735
Washington, DC 20004
(202) 383-3452
slburbure@aep.com

*Counsel for AEPSC*

/s/ Johanna Dennehy
Johanna Dennehy
Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, D.C. 20036
(202) 429-5515
jdennehy@steptoe.com

*Counsel for AEPSC*

/s/ Morgan E. Parke
Morgan E. Parke
Associate General Counsel
P. Nikhil Rao
Senior Corporate Counsel
FirstEnergy Service Company
76 South Main St.
Akron, OH 44308
(330) 384-2422
mparke@firstenergycorp.com
pnrao@firstenergycorp.com

*Counsel for FirstEnergy*

/s/ Heather M. Horne
Heather M. Horne
Associate General Counsel
Duke Energy Corporation
1301 Pennsylvania Ave., NW
Suite 200
Washington, DC 20004
Phone: (202) 824-8009
heather.horne@duke-energy.com

*Counsel for Duke Energy Ohio*

/s/ Randall V. Griffin
Randall V. Griffin
Chief Regulatory Counsel
AES US Services, LLC
1065 Woodman Drive
Dayton, OH 45432
(937) 479-8983
randall.griffin@aes.com

*Counsel for AES Ohio*

Dated: November 15, 2021

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| The Dayton Power and Light Company, American Electric Power Service Corporation, Duke Energy Ohio, Inc., FirstEnergy Service Company, Petitioners, <br><br> v. <br><br> Federal Energy Regulatory Commission, Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 21-_____ |

# CERTIFICATE OF SERVICE

Pursuant to Rules 15(c) and 25(d) of the Federal Rules of the Appellate Procedure and Rule 25 of the Circuit Rules of the United States Court of Appeals for the Sixth Circuit, I, hereby certify that I have on this 15th day of November, 2021, served by regular U.S. Mail the foregoing Petition for Review of The Dayton Power and Light Company, American Electric Power Service Corporation, Duke Energy Ohio, Inc., FirstEnergy Service Company on the Office of the Solicitor of the Federal Energy Regulatory Commission and the Secretary of the Federal Energy Regulatory Commission:

>
> Kimberly D. Bose
> Secretary
> Federal Energy Regulatory Commission
> 888 First Street, NE
> Washington, DC  20426
>
> Robert H. Solomon
> Solicitor
> Federal Energy Regulatory Commission
> 888 First Street, NE
> Washington, DC  20426
> Robert.solomon@ferc.gov

I also caused to be served a true and correct copy of the petition for review by email on all parties in the underlying administrative proceedings that are listed on the official service lists of the Federal Energy Regulatory Commission, as noted in the attached list.

>                                   */s/ Johanna Dennehy*
>                                   Steptoe & Johnson LLP
>                                   1330 Connecticut Avenue, NW
>                                   Washington, DC  20036
>                                   (202) 429-5515
>                                   jdennehy@steptoe.com

# SERVICE LIST
(Parties in the underlying administrative proceedings)

| | |
|---|---|
| American Municipal Power, Inc. | Lisa McAlister<br>lmcalister@amppartners.org<br>Gerit F. Hull<br>ghull@amppartners.org<br>Christopher J Norton<br>cnorton@amppartners.org |
| Buckeye Power, Inc. | Marvin Griff<br>marvin.griff@thompsonhine.com<br>Kurt Helfrich<br>khelfrich@ohioec.org |
| Edison Electric Institute | Lopa Parikh<br>lparikh@eei.org |
| Industrial Energy Users - Ohio | Robert Weishaar<br>bweishaar@mcneeslaw.com<br>Matthew R. Pritchard<br>mpritchard@mcneeslaw.com<br>Kenneth R. Stark<br>kstark@mcneeslaw.com<br>Kevin M Murray<br>murraykm@mcneeslaw.com |
| Ohio Federal Energy Advocate | Lori Sternisha<br>lori.sternisha@puco.ohio.gov |
| PJM Interconnection, L.L.C. | Mark Stanisz<br>mark.stanisz@pjm.com<br>Craig Glazer<br>Craig.Glazer@pjm.com |
| Public Citizen, Inc. | Tyson Slocum<br>tslocum@citizen.org |
| WIRES | Larry Gasteiger<br>lgasteiger@exec.wiresgroup.com |