UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **21-4072**

Case Title: **The Dayton Power & Light Co., et al.**   vs. **Federal Energy Regulatory Commission**

List all clients you represent in this appeal:

**Duke Energy Ohio, Inc.**

- ☐ Appellant
- ☑ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor
- (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Heather M. Horne**   Signature: s/ **Heather M. Horne**

Firm Name: **Duke Energy Corporation**

Business Address: **1301 Pennsylvania Ave. NW, Suite 200**

City/State/Zip: **Washington / DC / 20004**

Telephone Number (Area Code): **(202) 824-8009**

Email Address: **heather.horne@duke-energy.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.