# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| THE DAYTON POWER & LIGHT COMPANY, et al., ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> FEDERAL ENERGY REGULATORY COMMISSION ) <br> ) <br> Respondent. ) | Case No. 21-4072 |

## MOTION OF THE PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL ENERGY ADVOCATE FOR LEAVE TO INTERVENE AS RESPONDENT

Pursuant to Federal Rule of Appellate Procedure 15(d) the Public Utilities Commission of Ohio's Office of the Ohio Federal Energy Advocate (Ohio FEA) timely moves for leave to intervene as a party respondent in the above-captioned proceeding. In this proceeding, petitioners seek review of the following orders issued by Respondent, the Federal Energy Regulatory Commission (FERC) entered in FERC Docket No. ER20-1068:

    1. The Dayton Power and Light Company, Order on Paper Hearing, 176 FERC ¶ 61,025 (July 15, 2021) ("July 15 Order"); and 2.

> 2. The Dayton Power and Light Company, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 176 FERC ¶ 62,136 (Sept. 16, 2021) ("Denial of Rehearing by Operation of Law").

These orders were entered in a proceeding initiated by Petitioner Dayton Power & Light Company under Section 205 of the FPA, 16 U.S.C. § 824d.

In support of this motion, Ohio FEA states that it was an intervenor in the proceedings below. The Ohio FEA was created by the Ohio Legislature in 2008 to "monitor the activities of the [FERC] and other federal agencies and to advocate on behalf of the interests of retail electric service consumers."[1] The Ohio FEA is to "examine the value of the participation of this state's electric utilities in regional transmission organizations."[2]

Respondent's actions in denying the incentive requested below protect Ohio retail electric service consumers from paying unjust and unreasonable transmission rates. The Court's decision in this proceeding will likewise have a direct impact on Ohio retail electric service consumers and the participation of the state's electric utilities in regional transmission organizations. Accordingly, Ohio FEA has a direct

---

[1] Ohio Revised Code (ORC) 4828.24.
[2] Id.

and substantial interest in the outcome of this proceeding, and its interests cannot be adequately represented by any other party.

For the foregoing reasons, the Ohio FEA respectfully requests leave to intervene in support of Respondent FERC.

*

Dated:  December 2, 2021            Respectfully submitted,

**DAVE YOST**
Attorney General of Ohio

**JOHN H. JONES**
Section Chief


*/s/ Thomas G. Lindgren*
**THOMAS G. LINDGREN** (0039210)
Assistant Attorney General
Public Utilities Section
30 East Broad Street, 26th Floor
Columbus, OH  43215
614. 644.8768 (telephone)
866.419.2743 (fax)
Thomas.Lindgren@OhioAGO.gov

*Counsel for Ohio FEA*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed R. App. P. 32 (f) and (g), I hereby certify that the foregoing motion complies with the limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 549 words, excluding exempted portions, according to the count of Microsoft Word.

I further certify that the motion complies with Fed. R. App. P. 27(d)(1)(E), 32(a)(5) and (6) because it has been prepared in 14-point font.

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. 25(d) and Circuit Rule 25(f), I hereby certify that on December 2, 2021, I caused the foregoing motion to be electronically filed with the Clerk of the Court by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.