UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |  |
|---|---|---|
| The Dayton Power and Light Company,<br>    dba AES Ohio; American<br>Electric Power Service Corporation;<br>Duke Energy Ohio, Inc.;<br>and FirstEnergy Service Company, | )<br>)<br>)<br>)<br>)<br>) | |
|       Petitioners, | )<br>) | |
| v. | )<br>) | No. 21-4072 |
| Federal Energy Regulatory Commission, | )<br>)<br>) | |
|       Respondent. | ) | |

**MOTION FOR LEAVE TO INTERVENE OF
PJM INTERCONNECTION, L.L.C.**

PJM Interconnection, L.L.C. ("PJM"), pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure, hereby moves for leave to intervene in the above-captioned review proceeding.

PJM is the regional transmission organization ("RTO") for all or portions of Delaware, the District of Columbia, Illinois, Indiana, Kentucky, Maryland, Michigan, New Jersey, North Carolina, Ohio, Pennsylvania, Tennessee, Virginia, and West Virginia (the "PJM Region"). PJM is authorized by Respondent Federal Energy Regulatory Commission ("FERC") to administer an Open Access Transmission Tariff ("Tariff"), provide transmission service under the Tariff on the electric transmission facilities under PJM's operational control, operate an energy

and other markets, and otherwise conduct the day-to-day operations of the bulk power system of a multi-state electric control area. PJM was approved by FERC first as an independent system operator, *Pennsylvania-New Jersey-Maryland Interconnection*, 81 FERC ¶ 61,257 (1997), *reh'g denied*, 92 FERC ¶ 61,282 (2000), *modified sub nom. Atl. City Elec. Co. v. FERC*, 295 F.3d 1 (D.C. Cir. 2002), and then as an RTO, *PJM Interconnection, L.L.C.*, 101 FERC ¶ 61,345 (2002).

On November 15, 2021, The Dayton Power and Light Company dba AES Ohio ("AES Ohio"); American Electric Power Service Corporation; Duke Energy Ohio, Inc.; and FirstEnergy Service Company (collectively "Petitioners"), filed in No. 21-4072 a petition for review of the following order and notice issued by FERC:

> *The Dayton Power and Light Company*, Order on Paper Hearing, 176 FERC ¶ 61,025 (July 15, 2021); and

> *The Dayton Power and Light Company*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 176 FERC ¶ 62,136 (Sept. 16, 2021).

The underlying FERC proceeding concerns a filing submitted by AES Ohio under sections 205 and 219 of the Federal Power Act, 16 U.S.C. §§ 824d, 824s. The proceeding generally concerns AES Ohio's request for a return on equity adder for participation in PJM pursuant to Federal Power Act section 219(c). 16 U.S.C. § 824s(c).

The underlying FERC proceeding concerns the application of incentives available under Federal Power Act section 219 that encourage AES Ohio (and the other Petitioners which each own transmission assets in PJM) to continue their active participation in PJM. The PJM transmission owners are signatories to PJM's Operating Agreement and the Consolidated Transmission Owners Agreement, both of which represent the fundamental formation and governance documents of PJM. Moreover, transmission owner participation in PJM is critical to ensuring the reliability and efficiency of the electricity services provided by PJM to the 65 million customers in the PJM footprint. PJM therefore has a direct and substantial interest in the Court's review of the challenged order. Such interest cannot be adequately represented by any other party. Accordingly, PJM requests leave to intervene in this review proceeding.

                                  Respectfully submitted,

                                  */s/ Michael J. Thompson*
                                    Michael J. Thompson
                                    Wright & Talisman, P.C.
                                    1200 G Street, N.W., Suite 600
                                    Washington, D.C.  20005
                                    (202) 393-1200 (phone)
                                    (202) 393-1240 (fax)
                                    thompson@wrightlaw.com

                                  ***Attorney for***
                                  ***PJM Interconnection, L.L.C.***

Dated:  December 15, 2021

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| The Dayton Power and Light Company, dba AES Ohio; American Electric Power Service Corporation; Duke Energy Ohio, Inc.; and FirstEnergy Service Company, | ) ) ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | No. 21-4072 |
| Federal Energy Regulatory Commission, | ) ) ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Appellate procedure, I hereby certify that I have this 15th day of December 2021, served the foregoing Motion for Leave to Intervene of PJM Interconnection, L.L.C. via the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        Respectfully submitted,

        */s/ Michael J. Thompson*
        Michael J. Thompson
        Wright & Talisman, P.C.
        1200 G Street N.W., Suite 600
        Washington, D.C. 20005
        (202) 393-1200 (phone)
        (202) 393-1240 (fax)

        *Attorney for*
        *PJM Interconnection, L.L.C.*