**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| Dayton Power & Light Company, *et al.*,<br>Petitioners, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 21-4072 |
| | ) | |
| Federal Energy Regulatory Commission,<br>Respondent. | ) | |
| | ) | |

**UNOPPOSED MOTION OF RESPONDENT FEDERAL ENERGY REGULATORY COMMISSION TO HOLD APPEAL IN ABEYANCE AND TO SUSPEND FILING OF THE CERTIFIED INDEX TO THE RECORD**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Respondent Federal Energy Regulatory Commission ("Commission") hereby moves this Court to hold the above-captioned appeal in abeyance, including the filing of the certified index to the record, for 90 days from the date of this motion (i.e., until March 16, 2022), with parties to file motions to govern further proceedings on or before that date. Counsel for the Commission has consulted with counsel for the Petitioners, who do not oppose the proposed abeyance.

This appeal challenges the Commission's "Order on Paper Hearing," *Dayton Power and Light Company*, 176 FERC ¶ 61,025 (2021) ("July 15 Order"), concerning the application of Dayton Power and Light Company for certain transmission rate incentives. Petitioners and other parties filed

requests for rehearing of the July 15 Order with the Commission. On September 16, 2021, the Commission issued a "Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration," in which the Commission gave notice that it intended to address the requests for rehearing in a future order. Petitioners filed a petition for review on November 15, 2021, stating that their rehearing requests had been denied by operation of law, pursuant to section 313(a) of the Federal Power Act, 16 U.S.C. § 825*l*(a), and *Allegheny Defense Project v. FERC*, 964 F.3d 1 (D.C. Cir. 2020) (en banc).

Because the requests for rehearing of the July 15 Order remain pending before the Commission, agency proceedings are still ongoing and the administrative record is not yet complete. Abeyance will allow the Commission to retain jurisdiction to address the pending requests for agency rehearing and "to affirm, modify, or set aside [its] order[s] in whole or in part," before the Court assumes exclusive jurisdiction to do so. *See* 16 U.S.C. § 825*l*(b). Holding this appeal in abeyance and suspending the filing of the certified index also will serve the interests of judicial economy in avoiding piecemeal litigation, permitting the Court to review all orders arising out of the subject rate dispute in a single proceeding, and will provide the Court the benefit of the Commission's final resolution of the issues presented on appeal. All parties to these appeals reserve the right to

file procedural or dispositive motions in the future as appropriate.

Accordingly, the Commission requests: (1) that the petition for review be held in abeyance until 90 days from the date of this motion (i.e., until March 16, 2022), with parties to file motions to govern further proceedings at the end of that period; and (2) that the requirement to file the certified index to the record be suspended until the petition is returned to the active docket.

Respectfully submitted,

Robert H. Solomon
Solicitor

/s/ *Carol J. Banta*
Carol J. Banta
Senior Attorney

Federal Energy Regulatory
Commission
Washington, DC 20426
Tel.: (202) 502-6433
Carol.Banta@ferc.gov

December 16, 2021

## CERTIFICATE OF COMPLIANCE

In accordance with Fed. R. App. P. 32(g) and Circuit Rule 32, I certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this Motion contains 473 words, not including the case caption, the signature block, and the certificates of counsel.

I further certify that this Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this Motion has been prepared in Times New Roman 14-point font using Microsoft Word.

/s/ *Carol J. Banta*
Carol J. Banta
Senior Attorney

Federal Energy Regulatory
Commission
888 First Street, NE
Washington, D.C. 20426
Tel.: (202) 502-6433
Email: carol.banta@ferc.gov

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d) and Circuit Rule 25, I hereby certify that on the 16th day of December 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ *Carol J. Banta*
Carol J. Banta
Senior Attorney

Federal Energy Regulatory
Commission
888 First Street, NE
Washington, DC 20426
Tel.: (202) 502-6433
Email: carol.banta@ferc.gov