Nos. 21-4072/22-3351/23-3196/23-3324/23-3366/23-

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 12, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| DAYTON POWER & LIGHT COMPANY, dba AES Ohio, et al. (21-4072/22-3351); AMERICAN ELECTRIC POWER SERVICE CORPORATION (23-3196/23-3366); OFFICE OF THE OHIO CONSUMERS' COUNSEL (23-3324/23-3417), ) ) ) ) ) ) | |
| Petitioners, ) ) | |
| v. ) ) | ORDER |
| FEDERAL ENERGY REGULATORY COMMISSION, ) ) ) ) | |
| Respondent. ) | |

These petitions for review challenge similar orders of the Federal Energy Regulatory Commission (FERC) regarding electric transmission rate incentives and regional transmission organization eligibility. On June 28, 2023, the parties filed joint motions to consolidate these related matters, to defer filing of a joint appendix, and provided an agreed plan for briefing.

It is hereby **ORDERED** that the joint motions are **GRANTED** and that Case Nos. 21-4072, 22-3351, 23-3196, 23-3324, 23-3366, and 23-3417 are **CONSOLIDATED**, the filing of the Joint Appendix is **DEFERRED** until December 15, 2023, and the following briefing schedule and expansion of the relevant word limit as noted below, is adopted. As various motions to intervene remain pending before the court at this time, the schedule provisionally includes any proposed intervenors' briefs, pending a ruling by the court on said motions.

Nos.  21-4072/22-3351/23-3196/23-3324/23-3366/23-3417
-2-

- Indexes to the record will be filed by **July 17, 2023**.

- Petitioners' opening briefs will be filed no later than **July 31, 2023**, and should not exceed 13,000 words.  American Electric Power Service Corporation may file one brief.  FirstEnergy Service Company, Duke Energy Ohio, and Dayton Power & Light Company may file one brief.  Office of the Ohio Consumers' Counsel may file one brief.

- Proposed Intervenors' briefs in support of Petitioners will be filed no later than **August 22, 2023**, and should not exceed 9,100 words.

- The single consolidated principal brief of Respondent FERC will be filed no later than **October 30, 2023**, and should not exceed 20,000 words.

- Proposed Intervenors' briefs in support of Respondent FERC will be filed no later than **November 21, 2023**, and should not exceed 9,100 words.

- Petitioners' reply briefs will be filed no later than **December 8, 2023**, and should not exceed 6,500 words.

- Proposed Intervenors' reply briefs in support of Petitioners will also be filed no later than **December 8, 2023**, and should not exceed 4,550 words.

- The Joint Appendix will be filed no later than **December 15, 2023**.

- Any corrected briefs necessary to appropriately cite to the Joint Appendix will be filed no later than **December 22, 2023**.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk