May 14, 2024

Matthew Price
Tel +1 202 639 6873
MPrice@jenner.com

Kelly L. Stephens
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Re:     Dayton Power & Light v. FERC, No. 21-4072 (cons.)

Dear Ms. Stephens:

I represent Petitioner American Electric Power Service Corporation in the above-captioned consolidated appeals, which were argued on May 8, 2024. Pursuant to Fed. R. App. P. 28(j), I am writing in response to supplemental authority cited by counsel for Respondent Federal Energy Regulatory Commission ("FERC"), *Pacific Gas & Elec. Co.*, 185 FERC ¶ 61,243 (2023) ("*PG&E*"), in a May 9, 2024 letter to the Court.

The *PG&E* order does not discuss the text of Federal Power Act Section 219(c) and does not analyze preemption. This Court should decide those issues, or alternatively, remand for FERC to decide the preemption question in the first instance. Nothing in the *PG&E* order shows otherwise.

Sincerely,

/s/ *Matthew E. Price*
Matthew E. Price
Jenner & Block LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
202-639-6873
MPrice@jenner.com

*Counsel for Petitioner*
*American Electric Power Service Corp.*

cc: All counsel of record via CM/ECF.