# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 05, 2025

Mr. Ryan James Collins
Ms. Heather Horne
Mr. Thomas G. Lindgren
Mr. William Rappolt
Mr. Zachary C. Schauf
Mr. Sanford Ian Weisburst

Re: Case No. 21-4072/22-3351/23-3196/23-3324/23-3366/23-3417,
*Dayton Power & Light Company, et al v. FERC*
Originating Case No. ER20-1068-000 : ER20-1068-003

Dear Counsel:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Administrator
for Ryan Orme, Case Manager

cc: Ms. Carol J Banta
Mr. Jeffrey Michael Bayne
Mr. Matthew Joseph Binette
Ms. Cynthia S. Bogorad
Ms. Stacey Lynn Burbure
Mr. Zachary Benjamin Cohen
Ms. Johanna S. Dennehy
Mr. Matthew Allen Fitzgerald
Ms. Denise Claire Goulet
Mr. William Keyser III
Mr. Morgan E. Parke
Mr. David E. Pomper
Mr. Pejavar Nikhil Rao
Ms. Wendy N. Reed
Mr. Robert Harris Solomon
Ms. Lauren Luttrell Springett

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 21-4072/22-3351/23-3196/23-3324/23-3366/23-3417

_____

Filed: June 05, 2025

DAYTON POWER & LIGHT COMPANY, dba AES Ohio; AMERICAN ELECTRIC POWER SERVICE CORPORATION; DUKE ENERGY OHIO, INC.; FIRSTENERGY SERVICE COMPANY

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

MANDATE

Pursuant to the court's disposition that was filed 01/17/2025 the mandate for this case hereby issues today.

COSTS:  None