# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 10, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Nov 13, 2025
KELLY L. STEPHENS, Clerk

Re:   FirstEnergy Service Company
      v. Federal Energy Regulatory Commission, et al.
      No. 24-1304
      (Your No. 21-4072, 22-3351, 23-3324, 23-3366, 23-3417)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

Scott S. Harris, Clerk