**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
Kelly L. Stephens                     POTTER STEWART U.S. COURTHOUSE                     Tel. (513) 564-7000
Clerk                               CINCINNATI, OHIO 45202-3988                       www.ca6.uscourts.gov

Filed: November 13, 2025

Mr. Ryan James Collins
Ms. Heather Horne
Mr. Thomas G. Lindgren
Mr. William Rappolt
Mr. Zachary C. Schauf
Mr. Sanford Ian Weisburst

Re:  Case Nos. 21-4072/22-3351/23-3196/23-3324/23-3366/23-3417
*Dayton Power & Light Company, et al v. FERC*
Originating Case Nos. ER20-1068-000ER20-1068-003

Dear Counsel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Cathryn Lovely, Opinions Deputy
For Case Manager: Ryan

cc:  Ms. Carol J Banta
     Mr. Jeffrey Michael Bayne
     Mr. Matthew Joseph Binette
     Ms. Cynthia S. Bogorad
     Ms. Stacey Lynn Burbure
     Mr. Zachary Benjamin Cohen
     Ms. Johanna S. Dennehy
     Mr. Matthew Allen Fitzgerald
     Ms. Denise Claire Goulet
     Mr. William Keyser III
     Mr. Morgan E. Parke
     Mr. David E. Pomper
     Mr. Pejavar Nikhil Rao
     Ms. Wendy N. Reed
     Mr. Robert Harris Solomon
     Ms. Lauren Luttrell Springett

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

Nos: 21-4072/22-3351/23-3196/
23-3324/23-3366/23-3417

_____

Filed: November 13, 2025

DAYTON POWER & LIGHT COMPANY, dba AES Ohio; AMERICAN ELECTRIC POWER SERVICE CORPORATION; DUKE ENERGY OHIO, INC.; FIRSTENERGY SERVICE COMPANY

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 01/17/2025 the mandate for this case hereby issues today.

COSTS:  None